# INVOICE/ITINERARY

315 DUFF AVENUE    AMES IA 50010
515-232-6640    800-747-6640 IA
AFTER HOURS ASSISTANCE - 800-237-3750

LAVAN/JUSTIN*AM355555-A401320

LAMARCA AND LANDRY
1820 NW 118TH
SUITE 200
DES MOINES IA   50325

DATE: MAY 30 2006   INV: AM   81008        TRIP NBR: KRB38I

---

26 JUN 06   MONDAY
AMERICAN    FLIGHT: 4466        CLASS: W            CONFIRMED
LV : DES MOINES                 104P                NONSTOP
ARR: CHICAGO/OHARE              215P                MILEAGE:   299
AIRCRAFT: ER4                                       FLT. TIME:  1:11
SEAT: 17C                       SERVICE: FOOD TO PURCHASE
OPERATED BY: AMERICAN EAGLE

AMERICAN    FLIGHT: 1258        CLASS: W            CONFIRMED
LV : CHICAGO/OHARE              325P                NONSTOP
ARR: TAMPA                      705P                MILEAGE:   1012
AIRCRAFT: MD-80 JET                                 FLT. TIME:  2:40
SEAT: 16E

     26 JUN 06 HYATT                  OUT-28JUN  02 NT/S
     HYATT REGENCY TAMPA              1 ROOM/S
     211 NORTH TAMPA STREET           RATE-        179.00
     TAMPA FL US
     813-225-1234                     FAX NBR-813-273-0234
     CONFO- HY0059406165
     GUARANTEED LATE ARRIVAL TO-CREDIT CARD

28 JUN 06   WEDNESDAY
AMERICAN    FLIGHT: 2243        CLASS: Q            CONFIRMED
LV : TAMPA                      1029A               NONSTOP
ARR: DALLAS/FT WOR              1202P               MILEAGE:   929
AIRCRAFT: MD-80 JET                                 FLT. TIME:  2:33
SEAT: 15A

AMERICAN    FLIGHT: 3723        CLASS: Q            CONFIRMED
LV : DALLAS/FT WOR              140P                NONSTOP
ARR: DES MOINES                 331P                MILEAGE:   624
AIRCRAFT: ER4                                       FLT. TIME:  1:51
SEAT: 13C                       SERVICE: FOOD TO PURCHASE
OPERATED BY: AMERICAN EAGLE

26 SEP 06   OTHER
     PLEASE REVIEW ITINERARY FOR ACCURACY

YOUR ELECTRONIC TICKET CONFIRMATION NUMBER IS KRB38I

VIRTUOSO

*Thank you for using Travel and Transport, Inc., an employee-owned company.*
PRINTED ON RECYCLABLE PAPER

# INVOICE/ITINERARY

212 LUFF AVENUE    AMES IA 50010
515-232-1840    800-747-4640 IA
AFTER HOURS ASSISTANCE - 800-237-3950

LAMARCA AND LANDRY                          LAVAN/JUSTIN#AM55555-AM01520
1820 NW 118TH
SUITE 200
DES MOINES IA    50325

DATE: MAY 30 2006    INV: AM    61008        TRIP NBR: KRBSSI
--------------------------------------------------------------------
*-*-*-IMPORTANT INFORMATION ON NEW AIRPORT SECURITY*-*-*
DUE TO HEIGHTENED SECURITY AT AIRPORTS CHECK IN 2 HOURS PRIOR TO
DOMESTIC FLIGHTS AND 3 HOURS PRIOR FOR INTERNATIONAL FLIGHTS.

TICKET NUMBER/S:
LAVAN/JUSTIN                     1557843103    AX CARD       625.20
                                ELECTRONIC

           AMOUNT      543.26  TAX       81.94  TTL       625.20
                                PROFESSIONAL FEE            35.00
                                SUB TOTAL                  660.20
                                CREDIT CARD PAYMENT        660.20-
                                AMOUNT DUE                   0.00

Thank you!
Traci



VIRTUOSO

*Thank you for using Travel and Transport, Inc., an employee-owned company.*
PRINTED ON RECYCLABLE PAPER

