# Barb Bray

**From:** Traci Newton [TNewton@tandt.com]
**Sent:** Thursday, June 08, 2006 3:41 PM
**To:** Barb Bray
**Subject:** Justin's itinerary

Barb,

Please ignore the first email I sent. Justin's name was misspelled. I put his first name as his last. This is the correct itinerary. Sorry!
Thanks a bunch!

Traci


```
                     213 DUFF AVENUE    AMES IA 50010

                 515-232-6640    800-747-6640 IA

             AFTER HOURS ASSISTANCE - 800-237-3950

  LAMARCA AND LANDRY                        LAVAN/JUSTIN*AM555555-AM01820

  1820 NW 118TH

  SUITE 200

  DES MOINES IA    50325


   DATE: JUN 08 2006    INV: AMITIN           TRIP NBR:N00F5R
-----------------------------------------------------------------------
---
29 JUN 06   THURSDAY
 UNITED        FLIGHT: 7588         CLASS: U              CONFIRMED
 LV : DES MOINES                    1034A                 NONSTOP
 ARR: CHICAGO/OHARE                 1144A                 MILEAGE:   299
 AIRCRAFT: E70                                            FLT. TIME:
1:10
 SEAT: 5D
 OPERATED BY: UNITED EXPRESS/SHU

 UNITED        FLIGHT: 1454         CLASS: U              CONFIRMED
 LV : CHICAGO/OHARE                 110P                  NONSTOP
 ARR: TAMPA                         449P                  MILEAGE:  1012
 AIRCRAFT: 32S                                            FLT. TIME:
2:39
 SEAT:15E                   SERVICE: MEAL AT COST
 OPERATED BY: UNITED FOR TED

     29 JUN 06 HYATT                     OUT-01JUL   02 NT/S
     HYATT REGENCY TAMPA             1 ROOM/S
     211 NORTH TAMPA STREET          RATE-          129.00
     TAMPA FL US
     813-225-1234                    FAX NBR-813-273-0234
     CONFO- HY0059675670
     GUARANTEED LATE ARRIVAL TO-CREDIT CARD

01 JUL 06   SATURDAY
 UNITED        FLIGHT: 1527         CLASS: U              CONFIRMED
 LV : TAMPA                         914A                  NONSTOP
 ARR: CHICAGO/OHARE                 1059A                 MILEAGE:  1012
```

```
 AIRCRAFT: 32S                                          FLT. TIME:
2:45
 SEAT:15B                    SERVICE: MEAL AT COST
 OPERATED BY: UNITED FOR TED

 UNITED        FLIGHT: 6860       CLASS: U              CONFIRMED
 LV : CHICAGO/OHARE              1225P                  NONSTOP
 ARR: DES MOINES                  144P                  MILEAGE:    299
 AIRCRAFT: CANADAIR JET                                 FLT. TIME:
1:19
 SEAT: 3C
 OPERATED BY: UNITED EXPRESS/SKY
```

              213 DUFF AVENUE    AMES IA 50010

              515-232-6640    800-747-6640 IA

           AFTER HOURS ASSISTANCE - 800-237-3950

    LAMARCA AND LANDRY                LAVAN/JUSTIN*AM555555-AM01820

    1820 NW 118TH

    SUITE 200

    DES MOINES IA    50325


    DATE: JUN 08 2006     INV: AMITIN            TRIP NBR:N00F5R
---------------------------------------------------------------------
---
 30 DEC 06    OTHER
     PLEASE REVIEW ITINERARY FOR ACCURACY

 29 JUN 06
     CONFIRMATION NUMBER IS N00F5R

 *-*-*-IMPORTANT INFORMATION ON NEW AIRPORT SECURITY*-*-*
 DUE TO HEIGHTENED SECURITY AT AIRPORTS CHECK IN 2 HOURS PRIOR TO
 DOMESTIC FLIGHTS AND 3 HOURS PRIOR FOR INTERNATIONAL FLIGHTS.


                AMOUNT      664.19  TAX        91.01  TTL       755.20
                                    PROFESSIONAL FEE             35.00
                                    SUB TOTAL                   790.20
                                    CREDIT CARD PAYMENT         790.20-
                                    AMOUNT DUE                    0.00