*AO 450 (Rev. 5/85)  Judgment in a Civil Case*
===================================================================================================================================================

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### TAMPA   DIVISION

## *JUDGMENT IN A CIVIL CASE*

LC TECHNOLOGY INTERNATIONAL, INC.,

     Plaintiff,

v.                            **CASE NUMBER:  8:03-cv-2493-T-MAP**

MEDIARECOVER, LLC,

     Defendant.

v.

DAVID ZIMMERMAN,

     Third Party Defendant.

     **Decision by Court.**  This action came to trial before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant MEDIARECOVER recover of the Plaintiff LC TECHNOLOGY INTERNATIONAL, INC. and the Third Party Defendant DAVID ZIMMERMAN the sum of $157,500.00, plus costs. Judgment shall bear interest at the statutory rate.

**July 3, 2007**

                            **SHERYL  L.  LOESCH, CLERK**

                            BY _____
                                    Deputy Clerk